# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES RAY BROWN | CIVIL ACTION NO. 05-1269-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LARRY C. DEEN, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Before the Court is the Magistrate Judge's Report and Recommendation (Record Document 17) regarding pro se plaintiff Charles Ray Brown's ("Plaintiff") 42 U.S.C. § 1983 action. The Magistrate Judge recommends that the complaint be dismissed without prejudice, sua sponte, for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

On May 31, 2006, Plaintiff filed a pleading entitled "Motion To Amend Complaint." See Record Document 20. The Court is construing this filing as objections to the Report and Recommendation. In this filing, Plaintiff does not submit a copy of all steps taken in the Administrative Remedy Procedure ("ARP") and responses to said ARPs and an amended complaint, as ordered by the Magistrate. Rather, he seemingly argues that the "Kite Communication Forms" attached to his original complaint comply with the Magistrate Judge's order and that such forms are the only form of grievance that was available to him. The Court disagrees, as "Kite Communication Forms" are distinct and separate from the steps taken in the ARP.

Therefore, for the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct

under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this 16th day of June, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE